33,910 - 26, 27

Dear Clerk,

I received (already) the white cards saying the 11.07 writ of Habeas Corpus' on WR-33,910-26 & WR-33,910-27 has been received and presented to the Court. There is not a level playing field when Hunt County repeatedly witholds the Memorandums in Support of the Writs from this Court of Criminal Appeals. Also, Hunt County did not meet deadline in which to answer the Writ and it appears a "Judge" has not seen the Writs or Memorandums in Support nor the ANSWER to the States Response. The Answer to the States Response also intentionally witheld from this Court CLEARLY shows 15 years exceeds the Statutory maximum on Civil Statute D.W.I (5yrs) #17594, and that the Penal Code itself is a defense to Failure to Appear #17713. Actually innocent of TX. Penal Code 38.10.

Denied without Written Order is an automatic response when Facts are withheld from this Court.

Relief Requested is guaranteed by this Court when Sentence exceeds the Statutory maximum or when there is a clear cut Actual Innocence Claim, so, if Hunt County District Attorney is being less than Honest and Integrity should be questioned.

Respectfully Submitted

Wesley Gibson (Rogers)

3-8-2015

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458    FEB 25 2015
MAILED FROM ZIP CODE

$ 00.26⁵

2/11/2015
ROGERS, WESLEY RAY    Tr. Ct. No. WRIT08286K    WR-33,910-27
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

WESLEY RAY ROGERS
ELLIS I UNIT - TDC #1363214
1697 FM 980
HUNTSVILLE, TX  77343

L3-22

AAWBS3B  77343

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE

$ 00.26⁵
FEB 25 2015
WR-33,910-26

2/11/2015

ROGERS, WESLEY RAY    Tr. Ct. No. WRIT08285

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

L3-22

Abel Acosta, Clerk

WESLEY RAY ROGERS
ELLIS I UNIT - TDC #1363214
1697 FM 980
HUNTSVILLE, TX  77343

AAWBS3B  77343